# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00804-CR

**Kaitlyn Lucretia Ritcherson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. D-1-DC-11-302663, HONORABLE DAVID CRAIN, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant filed her notice of appeal on November 22, 2013, and the clerk's record was filed on March 10, 2014. On April 8, we sent court reporter Raquel Kocher notice that the reporter's record was overdue, setting a new deadline of April 18, and telling her that if she was unable to meet the new deadline, she was to provide a written explanation for the delay and an estimate of when the record would be filed. On May 13, after having received no response, we called and left a message inquiring about the status of the record. To date, Ms. Kocher has not replied to our inquiries, nor has the record been filed. Ms. Kocher is therefore ordered to file the reporter's record no later than June 27, 2014. Failure to file the record by that date will result in Ms. Kocher being called before the Court to show cause why she should not be held in contempt for violating our order.

It is ordered June 9, 2014.


Before Justices Puryear, Goodwin, and Field